# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

DAVID DANIEL COUTU,          )
                                         )
      Petitioner,            )
                                         )        **Civil Action No.**
      v.                  )        **17-10702-FDS**
                                         )
COMMONWEALTH OF         )
MASSACHUSETTS and       )
ATTORNEY GENERAL MAURA   )
HEALEY,                   )
                                         )
      Respondents.        )
_____)

## ORDER ON CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

      This is a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254(d).
Petitioner was convicted by a jury in 2007 of aggravated rape, home invasion, and mayhem,
among other things.  The Court has dismissed his petition for a writ of habeas corpus.  He can
only appeal that dismissal if he receives a certificate of appealability.  For the following reasons,
the Court will not certify the appealability of this dismissal.

      A certificate of appealability will issue only if the petitioner "has made a substantial
showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  That standard is
satisfied by "demonstrating that jurists of reason could disagree with the district court's
resolution of [petitioner's] constitutional claims or that jurists could conclude the issues
presented are adequate to deserve encouragement to proceed further."  *Miller-El v. Cockrell*, 537
U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).  That standard must
be independently satisfied as to "each and every issue raised by a habeas petitioner."  *See Bui v.*

*DiPaolo*, 170 F.3d 232, 236 (1st Cir. 1999).

The Court concludes that jurists of reason could not disagree that petitioner has failed to exhaust at least one of his claims.

Accordingly, a certificate of appealability is DENIED.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor, IV
Dated:  May 29, 2018                    United States District Judge